934

No. 422. COCHRAN *v.* MORRIS ET AL., EXECUTORS AND TRUSTEES, ET AL. Sup. Ct. Pa. Certiorari denied. *John A. Eichman 3d* for petitioner. *Joseph Neff Ewing* and *Thomas S. Weary* for respondents Bryn Mawr Hospital et al.; and *William C. Sennett,* Attorney General of Pennsylvania, *pro se,* and *Charles A. Woods, Jr.,* Deputy Attorney General, and *Edward Friedman,* Counsel General, for respondent Sennett. 

No. 424. DRESSER INDUSTRIES, INC. *v.* HERAEUS ENGELHARD VACUUM, INC. C. A. 3d Cir. Certiorari denied. *Jerome Gilson* for petitioner. *Ralph D. Dinklage* for respondent. 

No. 425. MONROE AUTO EQUIPMENT Co. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *J. Max Harding* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent. 

No. 427. OWENS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Robert S. Rizley* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States. 

No. 428. LANGEMYR, DBA TOM CARPENTRY CONSTRUCTION Co. *v.* CAMPBELL ET AL. Ct. App. N. Y. Certiorari denied. *Gerard E. Molony* for petitioner. *Robert Silagi* for respondents. 

No. 433. BUXBOM *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of Riverside. Certiorari denied. *Stanley Fleishman* and *Sam Rosenwein* for petitioner.